IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 3:11-CV-00176 ) |
| AIC, INC. et al., | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF WITHDRAWAL OF MOTION TO WITHDRAW AS COUNSEL

The law firm of Long, Ragsdale & Waters, P.C., and Garrett P. Swartwood hereby withdraw their Motion to Withdraw as Counsel in this case, the matters raised therein having been resolved.

/s/ Garrett P. Swartwood
_____
GARRETT P. SWARTWOOD (BPR No. 21803)
LONG, RAGSDALE & WATERS, P.C.

1111 Northshore Drive, Suite S-700
Knoxville, Tennessee 37919
(865) 584-4040

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2011 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for the plaintiff, Michael J. Rinaldi, Esquire, Securities and Exchange Commission, Philadelphia Regional Office, 701 Market Street, Suite 2000, Philadelphia, Pa 19106, RinaldiM@sec.gov. I further certify that a copy of this motion has been served this 2nd day of November, 2011, by First Class U.S. Mail, postage prepaid, upon the following persons:

>   Steven S. Biss, Esq.
>   300 West Main Street, Suite 102
>   Charlottesville, Virginia 22903
>
>   Elliot P. Park, Esq.
>   Park and Company, P.C.
>   1011 East Main Street, Suite 300
>   Richmond, Virginia 23219

By: /s/ Garrett P. Swartwood