IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : No. 3:11-cv-00176 |
| AIC, INC. et al., | : |
| Defendants, | : |
| and | : |
| ALLIED BEACON PARTNERS, INC. (f/k/a Waterford Investor Services, Inc.) et al., | : |
| Relief Defendants. | : |

## PROPOSED DISCOVERY PLAN

Plaintiff Securities and Exchange Commission (the "Commission") and defendants AIC, Inc. ("AIC"), Community Bankers Securities, LLC ("CB Securities"), Nicholas D. Skaltsounis ("Skaltsounis"), John B. Guyette ("Guyette"), and John R. Graves ("Graves") and relief defendants Allied Beacon Partners, Inc. (f/k/a Waterford Investor Services, Inc.) ("Allied Beacon" or "Waterford"), Advent Securities, Inc. ("Advent"), and CBS Advisors, LLC ("CBS Advisors"), by and through their respective undersigned counsel (or, in the case of defendants Guyette and Graves, as unrepresented parties), hereby submit, pursuant to Federal Rule of Civil Procedure 26(f) and the Court's scheduling order of December 21, 2011, this proposed discovery plan.

1.  Attendance at the Rule 26(f) Conference. Pursuant to Federal Rule of Civil Procedure 26(f) and the Court's scheduling order of December 21, 2011, the parties held a

discovery planning meeting on January 5, 2012, beginning at 10:00 a.m. eastern time. The parties' meeting was conducted by telephone, and the following attorneys and unrepresented parties were present:

>For plaintiff Commission: Michael J. Rinaldi, Esquire, and Jennifer L. Crawford, Esquire.
>
>For defendants AIC, CB Securities, and Skaltsounis and relief defendants Allied Beacon, Advent, and CBS Advisors: Steven S. Biss, Esquire.
>
>For defendant Guyette: John B. Guyette, pro se.
>
>For defendant Graves: John R. Graves, pro se.

2. Initial Disclosures. Initial disclosures had not been made as of the time of the parties' Rule 26(f) conference, and the parties agreed that initial disclosures under Rule 26(a) were to be made by January 27, 2012.

3. Subjects of Discovery. Discovery may be needed on the Commission's claims, on any defenses, or otherwise regarding the subject matter of this action, as provided by the Federal Rules of Civil Procedure.

4. Electronically Stored Information. Presently, the parties do not anticipate any issues regarding the disclosure or discovery of electronically stored information, but they have agreed to continue conferring about the matter as discovery proceeds.

5. Issues About Claims of Privilege or of Protection as Trial-Preparation Materials. Presently, the parties do not anticipate any issues about claims of privilege or of protection as trial-preparation materials. If, in the future, the parties desire an agreement about such matters, they may seek the entry of an appropriate order from the Court. Moreover, each party reserves the right to seek appropriate orders from the Court.

2

6. <u>Limitations on Discovery</u>. The parties agreed that discovery should proceed under the Federal Rules of Civil Procedure and the Court's local rules. Each party reserves the right to seek appropriate orders from the Court.

7. <u>Other Orders</u>. Presently, the parties do not seek the entry of any orders under Federal Rule of Civil Procedure 26(c) or Federal Rule of Civil Procedure 16(b) and (c).

Respectfully submitted,

Dated: January 17, 2012.

s/ Michael J. Rinaldi
G. Jeffrey Boujoukos
Michael J. Rinaldi
Scott A. Thompson

Attorneys for Plaintiff:

**SECURITIES AND EXCHANGE COMMISSION**
Philadelphia Regional Office
701 Market Street, Suite 2000
Philadelphia, Pa. 19106
Telephone: (215) 597-3100
Facsimile: (215) 597-2740
RinaldiM@sec.gov

3

Case 3:11-cv-00176-TAV-HBG   Document 42   Filed 01/17/12   Page 3 of 6   PageID #: 536

Dated: January 17, 2012.       s/ Garrett P. Swartwood [added with permission]
                               Garrett P. Swartwood (BPR # 21803)
                               Long, Ragsdale & Waters, P.C.
                               1111 Northshore Drive, S-700
                               Knoxville, Tenn. 37919
                               Telephone: (865) 584-4040
                               Facsimile: (865) 584-6084
                               gswartwood@lrwlaw.com

                               Steven S. Biss (VSB # 32972)
                               300 West Main Street, Suite 102
                               Charlottesville, Va. 22903
                               Telephone: (804) 501-8272
                               Facsimile: (202) 318-4098
                               stevenbiss@earthlink.net

                               Elliott P. Park (VSB # 39163)
                               Park and Company, P.C.
                               1011 East Main Street, Suite 300
                               Richmond, Va. 23219
                               Telephone: (804) 648-7565
                               Facsimile: (804) 648-7567
                               epp@parkandcompany.com

                               Attorneys for Defendants AIC, Inc., Community Bankers Securities, LLC, and Nicholas D. Skaltsounis and Relief Defendants Allied Beacon Partners, Inc. (f/k/a Waterford Investor Services, Inc.), Advent Securities, Inc., and CBS Advisors, LLC


Dated: January 17, 2012.       s/ John B. Guyette [added with permission]
                               John B. Guyette, unrepresented party
                               2559 53rd Ave.
                               Greeley, Colo. 80634
                               Telephone: (970) 301-2217
                               jguye54356@aol.com

4

Dated: January 17, 2012.          s/ John R. Graves [added with permission]
                                  John R. Graves, unrepresented party
                                  4300 W. Francisco Road, Unit 11
                                  Pensacola, Fla. 32504
                                  Telephone: (504) 379-1007
                                  jgraves@brookepoint.net

5

## CERTIFICATE OF SERVICE

I hereby certify, this seventeenth day of January, 2012, that I served a true and correct copy of the foregoing Proposed Discovery Plan, by the means indicated, upon the following:

Garrett P. Swartwood, Esq.
Long, Ragsdale & Waters, P.C.
1111 Northshore Drive, S-700
Knoxville, Tenn. 37919
(by the Court's electronic filing system)

Steven S. Biss, Esq.
300 W. Main St., Ste. 102
Charlottesville, Va. 22903
(by electronic mail and first-class mail, postage prepaid)

Elliot P. Park, Esq.
Park and Company, P.C.
1011 E. Main St., Ste. 300
Richmond, Va. 23219
(by electronic mail and first-class mail, postage prepaid)

Mr. John B. Guyette
2559 53rd Avenue
Greeley, Colo. 80634
(by electronic mail and first-class mail, postage prepaid)

Mr. John R. Graves
4300 W. Francisco Road, Unit 11
Pensacola, Fla. 32504
(by electronic mail and first-class mail, postage prepaid)

s/ Michael J. Rinaldi
Michael J. Rinaldi