# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## NORTHERN DIVISION

SECURITIES AND EXCHANGE )
COMMISSION, )
)
    *Plaintiff,* )
)
v. )            No. 3:11-CV-00176
)
)
AIC, INC. *et al.,* )
)
    *Defendants.* )

## MOTION TO WITHDRAW AS COUNSEL

The law firm of Long, Ragsdale & Waters, P.C., and Garrett P. Swartwood ("LRW Counsel"), move the Court pursuant to E.D. TN. LR 83.4 and Tenn. Sup. Ct. R. 8, RPC 1.16, for an order allowing them to withdraw as counsel for the Defendants and Relief Defendants, AIC, Inc., Community Bankers Securities, LLC, Nicholas D. Skaltsounis, Allied Beacon Partners, Inc. (f/k/a Waterford Investors Services, Inc.), Advent Securities, Inc., and CBS Advisors, LLC (collectively referred to herein as the "Defendants"), and to have their names removed as counsel of record. The grounds for this motion, among other things, are that LRW Counsel was only engaged in a limited capacity as local counsel and lead counsel for the Defendants has not yet appeared in this case. LRW Counsel has been informed, however, that lead counsel will appear and that a substitute local counsel will be engaged in the very near future. LRW Counsel has only had contact with co-counsel located in Virginia about the substance of the issues in this action and has had virtually no contact with any of the Defendants or their representatives. LRW Counsel has not received information from the Defendants necessary to allow them to continue

representation of the Defendants in this action. Withdrawal can be accomplished without material adverse effect on the interests of the Defendants, since they are represented by Virginia counsel, the case is in its initial discovery stages, and trial is not scheduled to occur until February 4, 2013.

WHEREFORE, LRW Counsel respectfully pray for an order allowing them to withdraw as counsel for the Defendants and have their names removed as counsel of record.

*/s/ Garrett P. Swartwood*

GARRETT P. SWARTWOOD (BPR No. 21803)
LONG, RAGSDALE & WATERS, P.C.

1111 Northshore Drive, Suite S-700
Knoxville, Tennessee 37919
(865) 584-4040
gswartwood@lrwlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2012, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for the plaintiff, Michael J. Rinaldi, Esquire, Securities and Exchange Commission, Philadelphia Regional Office, 701 Market Street, Suite 2000, Philadelphia, Pa 19106, RinaldiM@sec.gov. I further certify that a copy of this motion has been served this 2nd day of July, 2012, by First Class U.S. Mail, postage prepaid, upon the following persons:

Steven S. Biss, Esq.
300 West Main Street, Suite 102
Charlottesville, Virginia 22903

Roger F. Leibowitz
1100 Boulders Parkway, Suite 600
Richmond, Virginia 23225

By: _____ */s/ Garrett P. Swartwood*