UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>AIC, INC., *et al.*,<br><br>      Defendants. | No.: 3:11-CV-176<br>(VARLAN/GUYTON) |

## **ORDER**

This civil action is before the Court on the Uncontested Motion for Continuance [Doc. 46], in which the parties jointly move the Court for a continuance of the trial and final pretrial conference dates, along with the deadlines tied to the trial that are set forth in the Court's scheduling order [Doc. 41], including the deadline for completion of discovery and the disclosure of expert testimony. As grounds, the parties submit that all parties have agreed to the requested continuance and submit that a continuance is necessary so that all parties may develop the evidence they need to prepare this case for trial.

In light of the parties' agreement and for good cause shown, the uncontested motion [Doc. 46] is **GRANTED** and it is **ORDERED** that the trial of this case, previously scheduled for February 4, 2013, is **CANCELED** and is **RESCHEDULED** for **Monday, May 6, 2013, at 9:00 a.m.** It is also **ORDERED** that the final pretrial conference, previously scheduled for January 23, 2013, is **CANCELED** and is **RESCHEDULED** for **Wednesday, April 24,**

**2013, at 11:00 a.m.**.  All unexpired scheduling deadlines as of the date of the filing of the unopposed motion, including the expert disclosure and discovery deadline, shall be applied as calculated from the new trial date of May 6, 2013, and according to the same time limitations set forth in the Court's original scheduling order [Doc. 41].  The Court will not grant a further continuance of this case absent extraordinary circumstances.

IT IS SO ORDERED.

s/ Thomas A. Varlan  
UNITED STATES DISTRICT JUDGE