UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | No. 3:11-CV-176 | |
| ) | (VARLAN/GUYTON) | |
| V. ) | | |
| ) | | |
| AIC, Inc., *et al.*, ) | | |
| ) | | |
| Defendants. ) | | |

**ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and the order of the District Judge [Doc. 45] referring a Motion to Withdraw as Counsel [Doc. 44], to the undersigned for disposition or report and recommendation as may be appropriate.

The Motion to Withdraw as Counsel was filed by Attorney Garrett Swartwood and requests that Attorney Swartwood be allowed to withdraw as counsel in this case pursuant to Local Rule 83.4. The Plaintiff opposes the Motion to Withdraw. The parties appeared before the Court on July 23, 2012, to address the motion. Attorney Michael Rinaldi was present representing the Plaintiff, and Attorney Swartwood was present representing Defendants AIC, Inc., Community Bankers Securities, Allied Beacon Partners, Advent Securities, CBS Advisors, and Nicholas Skaltsounis.

The Court will **HOLD** the Motion to Withdraw in abeyance and **CONTINUE** this hearing until **August 6, 2012, at 2:00 p.m**. The parties will appear telephonically before the undersigned at that time, and the Court will rule, based on what actions have occurred between now and August 6.

**IT IS SO ORDERED.**

ENTER:

  /s H. Bruce Guyton
United States Magistrate Judge

Case 3:11-cv-00176-TAV-HBG   Document 53   Filed 07/23/12   Page 2 of 2   PageID #: 572