UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:11-CV-176 |
| ) | (VARLAN/GUYTON) |
| AIC, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Pursuant to 28 U.S.C. § 636(b)(1), it is hereby **ORDERED** that the Defendants' and Relief Defendants' Motion for Admission of Steven S. Biss, Esquire, *Pro Hac Vice* [Doc. 54] is hereby **REFERRED** to Magistrate Judge H. Bruce Guyton for his consideration and determination or report and recommendation, as may be appropriate.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE