UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SECURITES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AIC, INC., *et al.*, ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> ALLIED BEACON PARTNERS, INC., ) <br> (f/k/a Waterford Investment Services, Inc), *et al.*, ) <br> ) <br> Relief Defendants. ) | No.: 3:12-CV-176 <br> (VARLAN/GUYTON) |

# **ORDER**

This civil action is before the Court on Plaintiff's Motion for Leave to Amend Complaint [Doc. 60], in which plaintiff requests leave, pursuant to Rule 15 of the Federal Rules of Civil Procedure, to amend its complaint by changing the corporate name of one of the relief defendants, as well as by adding an additional claim. There has been no opposition and the time for response by defendants has passed.

Rule 15 states that a "party may amend the party's pleading only by leave of court . . . and leave shall be freely given when justice so requires." Accordingly, in light of the lack of opposition, the standard of review, and the Court's review of the proposed amended complaint as well as the brief accompanying the motion [Docs. 60-1, 61], Plaintiff's Motion for Leave to Amend Complaint [Doc. 60] is **GRANTED** and plaintiff

is **DIRECTED** to file the previously submitted amended complaint within ten (10) days of the entry of this order.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE