

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
PHILADELPHIA REGIONAL OFFICE**
Mellon Independence Center
701 Market Street
SUITE 2000
PHILADELPHIA, PENNSYLVANIA 19106-1532

**MICHAEL J. RINALDI**
SENIOR TRIAL COUNSEL
*(215) 597-3192*
*RinaldiM@sec.gov*

November 9, 2012

***Via ECF and UPS***
The Honorable H. Bruce Guyton
U.S. District Court for the Eastern District of Tennessee
800 Market St., Ste. 142
Knoxville, Tenn. 37902

      Re:    <u>SEC v. AIC, Inc., No. 3:11-cv-00176 (E.D. Tenn.)</u>

Dear Judge Guyton:

      I represent plaintiff Securities and Exchange Commission (the "Commission") in the above-referenced action. There is a discovery dispute between the Commission and defendants AIC, Inc., Community Bankers Securities, LLC, and Nicholas D. Skaltsounis and relief defendants Allied Beacon Partners, Inc. (f/k/a Waterford Investor Services, Inc.), Advent Securities, Inc., and Allied Beacon Wealth Management, LLC (f/k/a CBS Advisors, LLC) (collectively, the "AIC Defendants"). Counsel for the Commission and counsel for the AIC Defendants have conferred in an attempt to resolve this dispute, but it remains unresolved. Pursuant to paragraph 3(i)(2) of the scheduling order in this matter, the plaintiff requests a conference with Your Honor on the matter of the discovery dispute, at a time that is convenient for Your Honor.

                      Respectfully,

                      *Michael J. Rinaldi*

                      Michael J. Rinaldi

cc:    Heather G. Anderson, Esq. (via ECF)
        Steven S. Biss, Esq. (via e-mail and first-class mail, postage prepaid)
        Mr. John B. Guyette (via e-mail and first-class mail, postage prepaid)
        Mr. John R. Graves (via e-mail and first-class mail, postage prepaid)