IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF TENNESSEE
                              AT KNOXVILLE


     SECURITIES AND EXCHANGE        )
      COMMISSION,                   )
                                    )
          Plaintiff,                )   NO. 3:11-cv-176
     vs.                            )   Knoxville, TN
                                    )   August 20, 2012
     AIC, INC., ET AL,              )
                                    )
          Defendant.                )


                     TRANSCRIPT OF MOTION HEARING
                 BEFORE THE HONORABLE H. BRUCE GUYTON
                   UNITED STATES MAGISTRATE JUDGE


     APPEARANCES:

     FOR THE PLAINTIFF:   MICHAEL JOHN, RINALDI, ESQ.
                          U.S. Securities and Exchange
                          Commission
                          701 Market Street
                          Suite 2000
                          Philadelphia, PA  19106

     FOR THE DEFENDANT:   GARRETT P. SWARTWOOD, ESQ.
                          Long, Ragsdale & Waters, PC
                          1111 Northshore Drive NW
                          Suite S 700
                          Knoxville, TN  37919

                     PATTI ANTOL, LCR #174
                 MILLER & MILLER COURT REPORTERS
                      12804 UNION ROAD
                  KNOXVILLE, TENNESSEE  37934
            Phone:  865-675-1471 / Fax:  865-675-6398
                  Email:  Jmccon3590@aol.com

Electronically signed by patti antol (601-309-219-1065)                                    73f7a1f3-9aae-4fcd-a736-6a0c344d5d53

1    The above-styled cause came on for Motion

2    Hearing in the United States District Court for the

3    Eastern District of Tennessee before the Honorable

4    H. Bruce Guyton, United States Magistrate Judge,

5    when the following proceedings were had:

6    THE COURTROOM DEPUTY:  The United States

7    District Court for the Eastern District of

8    Tennessee is again in session with the Honorable

9    Bruce Guyton, United States Magistrate Judge

10   presiding.  Case Number 3:11-cv-176, Securities and

11   Exchange Commission versus AIC, Inc., et al.  Here

12   on behalf of the Plaintiff is Michael Rinaldi.  Mr.

13   Rinaldi, are you ready to proceed?

14   MR. RINALDI:  Yes.

15   THE COURTROOM DEPUTY:  And also present on

16   the phone is Garrett Swartwood.  Mr. Swartwood, are

17   you ready to proceed?

18   MR. SWARTWOOD:  Yes.

19   THE COURT:  All right.  Good afternoon,

20   Counsel.  I appreciate you all calling in at this

21   time so that we can deal with this.  It looks

22   like -- And I'm just reviewing these papers real

23   quick.  I just got out of a criminal proceeding and

24   I'm just now getting to see what we have.  So, we

25   have two things pending.  We've got this Motion to

Electronically signed by patti antol (601-309-219-1065)                    73f7a1f3-9aae-4fcd-a736-6a0c344d5d53

1    Withdraw as Counsel for Mr. Swartwood and a Motion

2    to Appear by Mr. Biss, correct?

3              MR. RINALDI:  That's correct, Your Honor.

4              MR. SWARTWOOD:  Yes, Your Honor.

5              THE COURT:  All right.  Does any -- Is

6    there any opposition to either motion?

7              MR. RINALDI:  Your Honor, this is Mike

8    Rinaldi for the Securities and Exchange Commission.

9    Provided that, that Mr. Biss's Motion to Appear Pro

10   Hac Vice is granted and he appears on behalf of the

11   six relevant Defendants or these Defendants, the

12   Commission would have no objection to Mr. Swartwood

13   withdrawing from the matter.

14             THE COURT:  All right.  Thank you,

15   Counsel.  Mr. Biss, any comment on that?

16             MR. SWARTWOOD:  Mr. Biss is not here, Your

17   Honor.  He's not on the, on the line.  He did offer

18   to be available, but he hasn't -- the motion hasn't

19   been granted for him to appear yet, appear of

20   record.  I would -- Mr. Rinaldi and I spoke about

21   this matter a few minutes before we got on the

22   phone at this time.  And he had suggested Mr. Biss

23   file a Notice of Appearance after.  And assuming

24   that the Motion to Appear Pro Hac Vice is granted,

25   I would -- I think I would suggest, if there is no

Electronically signed by patti antol (601-309-219-1065)                                          73f7a1f3-9aae-4fcd-a736-6a0c344d5d53

```
 1      objection to it and if the Court is willing to

 2      grant the motion, to do it with a single order

 3      allowing me and my firm to withdraw and for

 4      Mr. Biss to appear and recognizing Mr. Biss as

 5      counsel for the, for the Defendants.

 6              THE COURT:  All right.  Sounds fine.

 7      We'll do --

 8              MR. SWARTWOOD:  I don't know if the

 9      Plaintiff has any objection to that.

10              MR. RINALDI:  No, not at all.  If Mr., if

11      Mr. Biss appears for the six defendants in relief,

12      the Defendants at issue, then the Plaintiff has no

13      objection to Mr. Swartwood withdrawing.

14              THE COURT:  All right.  Okay.  We'll do

15      that.  And I don't know why.  For some reason, I

16      had in my mind that Mr. Biss was on phone, but he

17      doesn't, he doesn't have to be.  Okay.  All right.

18      Anything else we can do for you today?

19              MR. SWARTWOOD:  No, Your Honor.

20              THE COURT:  Okay.

21              MR. RINALDI:  No, Your Honor.

22              THE COURT:  All right.  Well, thank you

23      again and we'll get this Order filed promptly.

24              MR. SWARTWOOD:  Thank you.

25              THE COURT:  All right.  Thank you.  Madam
```

Electronically signed by patti antol (601-309-219-1065)                                    73f7a1f3-9aae-4fcd-a736-6a0c344d5d53

1       Clerk.

2                   THE COURTROOM DEPUTY:   This Honorable

3       Court stands in recess.

4       (End of proceedings in this matter.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Electronically signed by patti antol (601-309-219-1065)                                73f7a1f3-9aae-4fcd-a736-6a0c344d5d53

```
 1

 2                    REPORTER'S CERTIFICATE

 3        STATE OF TENNESSEE        )

 4        COUNTY OF KNOX            )

 5              I, Patti Antol, LCR# 174, court reporter

 6        and Notary Public, in and for the State of Tennessee,

 7        do hereby certify that the above MOTION HEARING was

 8        reported by me, transcribed by me, and that the

 9        foregoing 5 pages of the transcript is a true and

10        accurate record to the best of my knowledge, skills,

11        and ability.

12              I further certify that I am neither of kin

13        nor of counsel to any of the parties not in anywise

14        financially interested in the outcome of this case.

15              I further certify that I am duly licensed

16        by the Tennessee Board of Court Reporting as a

17        Licensed Court Reporter as evidenced by the LCR

18        number and expiration date following my name below.

19              In WITNESS WHEREOF, I have hereunto set my

20        hand and affixed my Notarial Seal th___th day of

21        April, 2013.

22        _____
          Patti Antol, LCR# 174
23        Expiration Date:  06/30/2014
          Notary Public Commission Expires:  6-16-2016
24        Miller & Miller Court Reporters
          12804 Union Road
25        Knoxville, TN  37934
```

Electronically signed by patti antol (601-309-219-1065)                                        73f7a1f3-9aae-4fcd-a736-6a0c344d5d53