In the United States District Court
Eastern District of Tennessee
At Knoxville

SECURITIES AND EXCHANGE )
COMMISSION, )
  )
   Plaintiff, )
  )
V. ) NO.: 3:11-CV-176
  ) (JUDGE VARLAN)
  )
AIC, INC., COMMUNITY BANKERS )
SECURITIES, LLC, and )
NICHOLAS SKALTSOUNIS, )
  )
   Defendants. )

## VERDICT FORM

October 9, 2013

1. Do you find from a preponderance of the evidence that the following defendants are liable under Section 17(a)(1), (2), or (3) of the Securities Act of 1933?

   AIC, Inc.    Yes: ✓    No: ____

   Community Bankers Securities, LLC    Yes: ✓    No: ____

   Nicholas D. Skaltsounis    Yes: ✓    No: ____

[Continue to Question # 2]

1

2. Do you find that the following defendants are liable under Section 10(b) of the Exchange Act of 1934 and Rule 10b-5 thereunder?

   AIC, Inc.                              Yes: ✓        No: ____

   Community Bankers                      Yes: ✓        No: ____
   Securities, LLC

   Nicholas D. Skaltsounis                Yes: ✓        No: ____

   [Continue to question #3.]

3. Do you find that the following defendants are liable as control persons under Section 20(a) of the Exchange Act of 1934?

   AIC, Inc.                              Yes: ✓        No: ____

   Community Bankers                      Yes: ✓        No: ____
   Securities, LLC

   [Continue to question #4.]

4. Do you find that the following defendant is liable for aiding and abetting violations of Section 10(b) of the Exchange Act and Rule 10b-5 thereunder, all under Section 20(e) of the Exchange Act of 1934?

   Nicholas Skaltsounis                   Yes: ✓        No: ____

**SIGNATURE REDACTED**

Signature of FOREPERSON

10-10-13

Date