UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| AIC, INC. et al., | ) ) ) |
| Defendants. | ) ) |
| and | ) ) |
| ALLIED BEACON PARTNERS, INC., et al., | ) ) ) |
| Relief Defendants. | ) ) |

No. 3:11-CV-176
(VARLAN/GUYTON)

## MOTION FOR THE WITHDRAWAL OF HEATHER G. ANDERSON AS ATTORNEY OF RECORD FOR DEFENDANTS AND RELIEF DEFENDANTS

Heather G. Anderson ("Anderson") hereby moves the Court for entry of an Order of Withdrawal of Heather Anderson as Attorney of Record for Defendants, AIC, Inc., Community Bankers Securities, LLC, and Nicholas D. Skaltounis (collectively, "Defendants'"), and Relief Defendants, Allied Beacon Partners, Inc. (f/k/a Waterford Investor Services, Inc.), Advent Securities Inc., and Allied Beacon Wealth Management, LLC (f/k/a CBS Advisors, LLC) (collectively, "Relief Defendants") in this case and in support thereof, states as follows:

1. Anderson's representation of Defendants and Relief Defendants was in the limited capacity of local counsel.

2. Anderson has not recently performed any services on behalf of Defendants and/or Relief Defendants, has not been requested to perform any further services on behalf of Defendants and/or Relief Defendants, and does not anticipate performing any further services in this case.

3. While Anderson represented Defendants and Relief Defendants, she was with the firm of Reeves, Herbert & Anderson, P.A., which is no longer in existence.

4. Based on the foregoing, Anderson requests that she be removed as an attorney of record for Defendants and Relief Defendants and that she no longer received electronic notifications from the Court.

Respectfully submitted,

MILLER ANDERSON LAW GROUP, PLLC

By: /s/ *Heather G. Anderson*
Heather G. Anderson (BPR # 019408)
2108 Keller Bend Road
Knoxville, TN 37922
(865) 934-4000 (Telephone)
(865) 934-4001 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2014, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to the following persons:

Michael J. Rinaldi, Esq.
John Donnelly, Esq.
Scott Alexander Thompson, Esq.
G. Jeffrey Boujoukous, Esq.
Securities and Exchange Commission
Philadelphia Regional Office
701 Market Street, Suite 2000
Philadelphia, Pa 19106

RinaldiM@sec.gov
DonnellyJ@sec.gov
BoujoukosJ@sec.gov
ThompsonS@sec.gov

J. William Coley, Esq.
Hodges, Doughty & Carson
617 Main Street, PO Box 869
Knoxville, TN 37901
bcoley@hdclaw.com

Steven Biss, Esq.
300 West Main Street, Suite 102
Charlottesville, VA 22903
stevenbiss@earthlink.net

**Notice has been delivered by postal service means to:**

Jeffrey J Scott, Esq.
Scott & Associates, P.C.
4610 S. Ulster Street, Suite 150
Denver, CO 80237

John R Graves (Terminated)
4300 W. Francisco Road, Unit 11
Pensacola, FL 32504

John B Guyette (Terminated)
2559 53rd Avenue
Greeley, CO 80634

William D Dolan, III
Venable LLP (VA)
8010 Towers Crescent Drive, Suite 300
Tysons Corner, VA 22182

This the 22nd day of May, 2014.

/s/ Heather G. Anderson