UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:11-CV-176-TAV-HBG |
| ) | |
| AIC, INC., COMMUNITY BANKERS ) | |
| SECURITIES, LLC, and ) | |
| NICHOLAS D. SKALTSOUNIS, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| ALLIED BEACON PARTNERS, INC., ) | |
| (f/k/a Waterford Investment Services, Inc.), ) | |
| ADVENT SECURITIES, INC., and ALLIED ) | |
| BEACON WEALTH MANAGEMENT, LLC ) | |
| (f/k/a CBS Advisors, LLC), ) | |
| ) | |
| Relief Defendants. ) | |

**FINAL JUDGMENT AS TO RELIEF DEFENDANT
CL WEALTH MANAGEMENT, LLC (F/K/A ALLIED BEACON
WEALTH MANAGEMENT, LLC AND CBS ADVISORS, LLC)**

For the reasons stated in the memorandum opinion filed contemporaneously herewith, it is hereby **ORDERED** that, as to Relief Defendant Allied Beacon Wealth Management, LLC (f/k/a CBS Advisors, LLC), and now known as CL Wealth Management, LLC ("Relief Defendant"):

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Clerk of Court shall enter Final Judgment in favor of the Commission and against Relief Defendant.

II.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Relief Defendant has been unjustly enriched.

III.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Relief Defendant is liable for disgorgement of **$58,687**, representing profits gained as a result of the conduct alleged in the Commission's Complaint (including as amended), together with prejudgment interest thereon in the amount of **$8,557.02**, jointly and severally with defendant AIC, Inc. Relief Defendant shall satisfy this obligation by paying **$67,244.02** to the Commission within **30 days** after entry of this Final Judgment.

Relief Defendant may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Relief Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

Enterprise Services Center
Accounts Receivable Branch
6500 South MacArthur Boulevard
Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; CL Wealth Management, LLC (f/k/a Allied Beacon Wealth Management, LLC and CBS Advisors, LLC) as a relief defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Relief Defendant shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, Relief Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Relief Defendant.

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of this Final Judgment. Relief Defendant shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961. The Commission shall hold the funds, together with any interest and income earned thereon (collectively, the "Fund"), pending further order of the Court.

The Commission may propose a plan to distribute the Fund subject to the Court's approval. Such a plan may provide that the Fund shall be distributed pursuant to the Fair Fund provisions of Section 308(a) of the Sarbanes-Oxley Act of 2002. The Court shall retain jurisdiction over the administration of any distribution of the Fund. If the

Commission staff determines that the Fund will not be distributed, the Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

IV.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

ENTER:

s/ Thomas A. Varlan<br>CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    s/ Debra C. Poplin
    CLERK OF COURT