# Exhibit A

[Documentation/Itemization for Fees for Service]



**August 26, 2013**

Foxmore Process Servers, Inc.
1235 Mall Drive
Richmond, Va 23235
Ph: 804-379-5500Fax: 804-379-5615
http://foxmoreprocessservers.com/
Michael.Foxmore@gmail.com
Tax ID #_____136

**Invoice #: 29141**

Michael J. Rinaldi, Esq.
United States Securities and Exchange Commission - Philadelphia Regional
Office
701 Market Street Suite 2000
Philadelphia, PA 19106-1532

215-597-0234 Phone

Fax

| Foxmore # Client # | Plaintiff | Defendant | Recipient & Address Served | Manner of Service | Date/Time of Service & Server | Type of Service & Case # | Fee of Service |
|---|---|---|---|---|---|---|---|
| 62479 | Securities and Exchange Commission | AIC, Inc. | Barbara Ivester 5419 Newbys Bridge , Chesterfield, VA 23832 | Sub-Residence Ron Ivester | 08/23/2013 11:28 AM Michael C. Koslosky | Witness Subpoena 3:11-cv-00176 | Routine Service $55.00 |

Total number of Jobs - 1

Total: $55.00
Amount Due: $55.00

*Approved*
*9/12/13*

*Vendor does not take credit cards for payment*

1



# INVOICE

**Front Range Legal Process Service**
Email: info@frlps.com
URL: www.frlps.com



Philadelphia
U.S. Securities and Exchange Commission
Mellon Independence Center
701 Market Street, Ste 2000
Philadelphia, PA 19106

Send Payments To:
Front Range Legal Process Service, Inc.
145 W. Swallow Road
Fort Collins, CO 80525
Phone: (888) 387-3783
Fax: (877) 772-7377

Your Contact: Kevin Coleman
Case Number: 3:11-CV-00176

Plaintiff:
**Securities and Exchange Commission**

Defendants:
**AIC, Inc, et al**

Served: 8/27/2013 5:25 pm
To be served on: Thomas B. Miller

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| 1357 43rd Ave, Unit 15, Greeley, CO 80634 | 1.00 | 65.00 | 65.00 |
| Priority Rush Fee | 1.00 | 0.00 | 0.00 |
| Excess Mileage | 1.00 | 0.00 | 0.00 |
| Witness Fee Check | 1.00 | 0.00 | 0.00 |
| Hourly Charge / Surveillance | 1.00 | 0.00 | 0.00 |
| FINANCE RATE OF 1.5% PER MONTH, 18% PER ANNUM | 1.00 | 0.00 | 0.00 |
| **TOTAL CHARGED:** | | | **$65.00** |
| **BALANCE DUE:** | | | **$65.00** |

*Approved*
*GJB 9/12/13*

*3 invoices paid @ 65.00 each*
*Total 195.00*

THANK YOU FOR YOUR BUSINESS AND FOR LETTING US SERVE YOU, NATIONWIDE!

FORT COLLINS, CO (HQ) * DENVER, CO * TAMPA, FL * CHICAGO, IL * OMAHA, NE
LAS VEGAS, NV * RAPID CITY, SD * DALLAS, TX * SALT LAKE CITY, UT * CHEYENNE, WY

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

# Process of Pinellas

**1853 SOLON AVE**
DUNEDIN ,FLA 34698
PROCESSOFPINELLAS@YAHOO.COM
WWW.PROCESSOFPINELLAS.COM

**DATE:** September 3, 2013
**Invoice**
**FOR:** *FRANK*
*WAINSCOTT*

UNITED STATES SECURITIES EXCHANGE COMMISSION
PHILADELPHIA REGIONAL OFFICE
MELTON INDEPENDENCE CENTER
701 MARKET STREET SUITE 2000
PHILADELPHIA,PENNSYLVANIA 19106-1532

| DESCRIPTION | AMOUNT |
|---|---|
| | $45.00 |
| PROOF OF SERVICE | |
| SERVED FRANK WAINSCOTT ON 09/03/2013 AT 6:40PM | |
| AT ADDRESS PROVIDED | |
| 1211 NORWOOD AVENUE CLEARWATER,FLORIDA 33756 | |
| | |
| BAL DUE | $45.00 |
| | |
| | $45.00 |

**THANK YOU FOR YOUR BUSINESS!**

Serve SC LLC

PO Box 51594
Myrtle Beach, SC 29579

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/5/2013 | 416 |

| Bill To |
|---------|
| US Securities and Exchange Commission |
| Mellon Independant Center |
| 701 Market St |
| Suite 2000 |
| Philadelphia, PA 19106-1532 |

*888-496-9960*

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Subpoena on J Edward Norris III | 75.00 | 75.00 |
| 1 | Postage fee | 5.05 | 5.05 |

*Approved GOB 9/14/13*

| | Total | $80.05 |
|--|-------|--------|

**GOTCHA ATTORNEY SERVICES, INC.**
P.O. Box 1637
Smithtown, NY 11787
Phone: (631) 724-4925
Fax: (631) 724-4922
Tax Num: ▓▓▓▓296

**INVOICE**

Invoice #GOT-2013004103
9/5/2013

UNITED STATES SECURITIES AND EXCHANGE COMMISSION PHILADELPHIA REGIONAL OFFICE
Mellon Independence Center
701 Market Street, Suite 2000
Philadelphia, PA 19106-1532

Your Contact: Nichelle Pridgen
*Case Number:* EASTERN 3:11-CV-00176

Plaintiff:
**SECURITIES AND EXCHANGE COMMISSION,**

Defendant:
**AIC , INC., ET AL.,**

Served: 9/4/2013 8:21 pm
To be served on: CHRISTOPHER POLLINA

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee | 1.00 | 75.00 | 75.00 |
| **TOTAL CHARGED:** | | | **$75.00** |
| **BALANCE DUE:** | | | **$75.00** |

*Apond 9/11/13*
*OMB*

*75.00*
*1.28 Fee*
*76.28*

*vendor does not*
*accept cards—*
*order check upon*
*pay check upon*

Please make checks payable to Gotcha Attorney Services, Inc.
Write Invoice numbers on your check.

Thank You for Your Business!

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5h

Tiger Legal Services LLC

10522 Crestfield Lane
Spotsylvania, VA 22553
FEIN: 26-1408269

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/9/2013 | 13-22848 |

**Bill To**

U S Securities & Exchange Commission
Philadelphia Regional Office
Mellon Independence Center
701 Market St, Ste 2000
Philadelphia, PA 19106-1532

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | Rush service - Cindy Freeland (9/5/13) | 110.00 | 110.00 |
|  | Rush service - Carl E. Johnson (9/5/13) | 110.00 | 110.00 |
|  | SEC v. AIC et al |  |  |

*April*
*Cr. JB     9/12/13*

*Vendor does not accept credit card for payment*

*Paid Check #1037*
*220 + 1.7% fee 3.74*
*Total = 223.74*

| | | **Total** | $220.00 |



**INVOICE**

Invoice #FRS-2013006048
9/12/2013




Philadelphia
United States Securities and Exchange Commission
Mellon Independence Center
701 Market Street, Suite 2000
Philadelphia, PA 19106

Send Payments To:
**Front Range Legal Process Service, Inc.**
**145 W. Swallow Road**
**Fort Collins, CO 80525**
**Phone: (888) 387-3783**
**Fax: (877) 772-7377**

Your Contact: Nichelle Pridgen
**Case Number: 3:11-CV-00176**

Plaintiff:
**Securities and Exchange Commission**

Defendants:
**AIC,Inc., et al**

Served: 9/5/2013 5:36 pm
To be served on: John Guyette

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| 2559 53rd Ave. Greeley, CO 80634 | 1.00 | 65.00 | 65.00 |
| Priority Rush Fee | 1.00 | 0.00 | 0.00 |
| Excess Mileage | 1.00 | 0.00 | 0.00 |
| Witness Fee Check | 1.00 | 0.00 | 0.00 |
| Hourly Charge / Surveillance | 1.00 | 0.00 | 0.00 |
| FINANCE RATE OF 1.5% PER MONTH, 18% PER ANNUM | 1.00 | 0.00 | 0.00 |
| TOTAL CHARGED: | | | $65.00 |

**BALANCE DUE:** $65.00

*Approved*
*GWB 9/13/13*

THANK YOU FOR YOUR BUSINESS AND FOR LETTING US SERVE YOU, NATIONWIDE!

FORT COLLINS, CO (HQ) * DENVER, CO * TAMPA, FL * CHICAGO, IL * OMAHA, NE
LAS VEGAS, NV * RAPID CITY, SD * DALLAS, TX * SALT LAKE CITY, UT * CHEYENNE, WY

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n




**INVOICE**

Invoice #FRS-2013006047
9/12/2013

Original Date: 9/9/2013



Philadelphia
United States Securities and Exchange Commission
Mellon Independence Center
701 Market Street, Suite 2000
Philadelphia, PA 19106

**Send Payments To:**
**Front Range Legal Process Service, Inc.**
145 W. Swallow Road
Fort Collins, CO 80525
**Phone:** (888) 387-3783
**Fax:** (877) 772-7377

Your Contact: Nichelle Pridgen
**Case Number: 3:11-CV-00176**

Plaintiff:
**Securities and Exchange Commission**

Defendants:
**AIC,Inc., et al**

Served: 9/6/2013 5:22 pm
To be served on: Pamela A. Lewis

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| 218 38th Ave, Greeley, CO 80634 | 1.00 | 65.00 | 65.00 |
| Priority Rush Fee | 1.00 | 0.00 | 0.00 |
| Excess Mileage | 1.00 | 0.00 | 0.00 |
| Witness Fee Check | 1.00 | 0.00 | 0.00 |
| Hourly Charge / Surveillance | 1.00 | 0.00 | 0.00 |
| FINANCE RATE OF 1.5% PER MONTH, 18% PER ANNUM | 1.00 | 0.00 | 0.00 |

| TOTAL CHARGED: | | | $65.00 |
|---|---|---|---|

| **BALANCE DUE:** | | | **$65.00** |
|---|---|---|---|

*Apr*
*GJB* 9/12/13

THANK YOU FOR YOUR BUSINESS AND FOR LETTING US SERVE YOU, NATIONWIDE!

FORT COLLINS, CO (HQ) * DENVER, CO * TAMPA, FL * CHICAGO, IL * OMAHA, NE
LAS VEGAS, NV * RAPID CITY, SD * DALLAS, TX * SALT LAKE CITY, UT * CHEYENNE, WY

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n



# PAST DUE

Foxmore Process Servers, Inc.
1235 Mall Drive
Richmond, Va 23235
Ph: 804-379-5500Fax: 804-379-5615
http://foxmoreprocessservers.com/
Michael.Foxmore@email.com
Tax ID # ▮▮▮▮4136

## Invoice #: 29486

Michael J. Rinaldi, Esq.
United States Securities and Exchange Commission - Philadelphia Regional Office
701 Market Street Suite 2000
Philadelphia, PA 19106-1532

215-597-0234 Phone

Fax

| Foxmore # Client # | Plaintiff | Defendant | Recipient & Address Served | Manner of Service | Date/Time of Service & Server | Type of Service & Case # | Fee of Service |
|---|---|---|---|---|---|---|---|
| 62836 | Securities and Exchange Commission | AIC, Inc. | Barbara Ivester 1100 Boulders Parkway Suite 600, Richmond, VA 23225 | Personal | 09/06/2013 12:35 PM David R. Beck, Sr. | Witness Subpoena 3:11-cv-00176 | Additional Paper $27.50 |

NOTES: 08/30/2013 12:32 Not there.,

Total number of Jobs - 1

Total: $27.50
Amount Due: **$27.50**

*[signature] 9/13/13*

# PAST DUE

<u>September 09, 2013</u>



Foxmore Process Servers, Inc.
1235 Mall Drive
Richmond, Va 23235
Ph: 804-379-5500 Fax: 804-379-5615
http://foxmoreprocessservers.com/
Michael.Foxmore@gmail.com
Tax ID #         4136

## Invoice #: 29420

Michael J. Rinaldi, Esq.
United States Securities and Exchange Commission - Philadelphia Regional
Office
701 Market Street Suite 2000
Philadelphia, PA 19106-1532

215-597-0234 Phone

Fax

| Foxmore # Client # | Plaintiff | Defendant | Recipient & Address Served | Manner of Service | Date/Time of Service & Server | Type of Service & Case # | Fee of Service |
|---|---|---|---|---|---|---|---|
| 62478 | Securities and Exchange Commission | AIC, Inc. | Richard E. Landi 1100 Boulders Parkway Suite 600, Richmond, VA 23225 | Personal | 09/06/2013 12:35 PM David R. Beck, Sr. | Witness Subpoena 3:11-cv-00176 | Routine Service $75.00 |
| | | | NOTES: 08/30/2013 11:30 Not a valid address on this road. Asked nearby neighbors, no one knows this person. | | | | |
| 62974 | Securities and Exchange Commission | AIC, Inc. | Harvey S. Martin 720 Saint Christophers Road, Richmond, VA 23226 | Personal | 09/06/2013 12:35 PM David R. Beck, Sr. | Witness Subpoena 3:11-cv-00176 | Routine Service $55.00 |

Total number of Jobs – 2

Total: $130.00
Amount Due: $130.00

*Apprvd GJB
9/12/13*

1

September 11, 2013



Foxmore Process Servers, Inc.
1235 Mall Drive
Richmond, Va 23235
Ph: 804-379-5500 Fax: 804-379-5615
http://foxmoreprocessservers.com/
Michael.Foxmore@gmail.com
Tax ID # ████████136

Invoice #: 29488

Michael J. Rinaldi, Esq.
United States Securities and Exchange Commission - Philadelphia Regional
Office
701 Market Street Suite 2000
Philadelphia, PA 19106-1532

215-597-0234 Phone

Fax

| Foxmore # Client # | Plaintiff | Defendant | Recipient & Address Served | Manner of Service | Date/Time of Service & Server | Type of Service & Case # | Fee of Service |
|---|---|---|---|---|---|---|---|
| 62477 | Securities and Exchange Commission | AIC, Inc. | Roger F. Leibowitz 9415 Michelle Place , Richmond, VA 23229 | Personal | 09/09/2013 12:35 PM David R. Beck, Sr. | Witness Subpoena 3:11-cv-00176 | Routine Service $55.00 |

Total number of Jobs - 1

Total: $55.00
Amount Due: $55.00

*Approved*
*GJB 9/12/13*

1

September 25, 2013

 **FOXMORE** Process Servers, Inc.

Foxmore Process Servers, Inc.
1235 Mall Drive
Richmond, Va 23235
Ph: 804-379-5500 Fax: 804-379-5615
http://foxmoreprocessservers.com/
Michael.Foxmore@gmail.com
Tax ID # ____4136

## Invoice #: 29901

Michael J. Rinaldi, Esq.
United States Securities and Exchange Commission - Philadelphia Regional Office
701 Market Street Suite 2000
Philadelphia, PA 19106-1532

215-597-0234 Phone

Fax

| Foxmore # Client # | Plaintiff | Defendant | Recipient & Address Served | Manner of Service | Date/Time of Service & Server | Type of Service & Case # | Fee of Service |
|---|---|---|---|---|---|---|---|
| 63537 | Securities and Exchange Commission | AIC, Inc. | Russell A. Cleveland 3901 Darby Drive , Midlothian, VA 23113 | Personal | 09/17/2013 7:55 PM Michael S. Beasley | Witness Subpoena 3:11-cv-00176 | Routine Service $55.00 |

NOTES: 09/18/2013 10:36 No one home.,

Total number of Jobs - 1

*Approved GJB*   10/22/13

Total: $55.00
Amount Due: $55.00

1

Tiger Legal Services LLC

10522 Crestfield Lane
Spotsylvania, VA 22553
FEIN: 26-1408269

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/20/2013 | 13-22878 |

| Bill To |
|---------|
| U S Securities & Exchange Commission
Philadelphia Regional Office
Mellon Independence Center
701 Market St, Ste 2000
Philadelphia, PA 19106-1532 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | attempted service - Della J. Tabar
SEC vs. AIC, Inc. | 70.00 | 70.00 |

*10/22/13*

*April*
*GNB*

*Vendor does not accept audit audit for payment*

*Paid by November check # 1040*

| | Total | $70.00 |
|---|---|---|

# Hester Process Service, Inc.

P.O. Box 37128
Richmond, VA 23234
Phone: (804) 271-0298
Fax: (804) 271-4072
hester@i-c.net
www.hesterprocessservice.com

Nichelle Pridgen
US Securities and Exchange Commission
701 Market Street, Suite 2000
Philadelphia, PA 19106-1532

INVOICE: 12502
05/29/2011

| | | | | |
|---|---|---|---|---|
| Civil No.: | 3:11-cv-176 | Crt Date: | Received: 05/24/2011 | Completed: 05/24/2011 |
| Job ID: | 11-029020 | Crt Time: | Reference: | 10:50 AM |
| Plaintiff: | Securities and Exchange Commission | | | |
| Defendant: | AIC, Inc., et al. | | | |
| Name Srvd | Nicholas D. Skaltsounis | | | |
| Location: | 11720 Belvedere Vista Lane, Apt. 203, Richmond, VA 23235 | | | |

| Item | Qty. | Unit | Total |
|---|---|---|---|
| Federal Service, personal in hand only per client, original return sent to client | 1 | $65.00 | $65.00 |

|  | |
|---|---|
| Total Fees | $65.00 |
| Payment - | |
| Balance Due | $65.00 |

**Thank You!**

Payment due upon receipt of invoice.

We now have online statuses!  Call for your username and password.
THANK YOU FOR CHOOSING HESTER PROCESS SERVICE!

**FEIN:** ▮▮▮▮680

*oh to pay*
*mp*
*6/1/2011*

*15,00-11-0061*

Sunday, May 29, 2011

Page 1 of 1

# Invoice

Tiger Legal Services LLC

10522 Crestfield Lane
Spotsylvania, VA 22553
FEIN: ████████269

| Date | Invoice # |
|------|-----------|
| 6/2/2011 | 11-17905 |

**Bill To**

U S Securities & Exchange Commission
Philadelphia Regional Office
Mellon Independence Center
701 Market St, Ste 2000
Philadelphia, PA 19106-1532

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 4 | Service of process - serve Registered Agent Steven S. Biss - Advent Securities, Inc. Additional papers at same address - AIC, Inc., Allied Beacon Partners, Inc., CBS Advisors, LLC, and Community Bankers Securities, LLC SEC v. AIC, et al Civil Action Number 11-cv-176 (E.D. Tennessee) | 70.00 35.00 | 70.00 140.00 |

15100-11-0068

Approved

| **Total** | $210.00 |
|-----------|---------|

866-428-4437

Tiger Legal Services LLC

10522 Crestfield Lane
Spotsylvania, VA 22553
FEIN: ▓▓▓▓▓269

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/5/2012 | 12-20410 |

| Bill To |
|---------|
| U S Securities & Exchange Commission |
| Philadelphia Regional Office |
| Mellon Independence Center |
| 701 Market St. Ste 2000 |
| Philadelphia, PA 19106-1532 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Service of process - Louise Landi (4/30/12 service) SEC v. AIC, Inc. et al | 70.00 | 70.00 |

| | | **Total** | $70.00 |

*njc 5/8/2012 ok to pay*

*Paid by convenience check. Vendor does not accept credit cards.*

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW
Washington, DC 20009-5526
Phone: (202) 667-0050
Fax: (202) 667-2520
info@capitolprocess.com
www.capitolprocess.com

Michael J. Rinaldi, Esquire
Securities and Exchange Commission
701 Market Street, Suite 2000
Philadelphia, PA 19106

INVOICE: 12-082922
11/13/2012
Days Past Due: 0

| | | |
|---|---|---|
| **Job ID:** 12-082922 | **Reference:** N/A | **Completed** 11/5/2012 |
| **Case No.:** 3:11-CV-00176 | | 1:15 PM |

**Plaintiff:** Securities and Exchange Commission
**Defendant:** AIC, Inc., et al.
**Serve To:** Wells Fargo Bank, National Asssociation c/o Corporation Service Company, Registered Agent
**Location:** Bank of America Center, 1111 East Main Street, 16th Floor, Richmond, Virginia 23219

| Item | Qty. | Unit | Total |
|------|------|------|-------|
| Service of Process - RUSH | 1 | $190.00 | $190.00 |
| | | **Total Fees** | $190.00 |
| | | **Payment -** | |
| | | **Balance Due** | $190.00 |

**Thank You!**
Balance due upon receipt. Please provide the invoice number on your check.

**FEIN:** ●●●●●731

11/16/2012

Tuesday, November 13, 2012

Page 1 of 1

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW
Washington, DC 20009-5526
Phone: (202) 667-0050
Fax: (202) 667-2520
info@capitolprocess.com
www.capitolprocess.com

Michael J. Rinaldi, Esquire
Securities and Exchange Commission
701 Market Street, Suite 2000
Philadelphia, PA 19106

**INVOICE:** 12-082924
11/13/2012
Days Past Due: **0**

---

| | |
|---|---|
| **Job ID:** 12-082924 | **Reference:** N/A |

**Completed** 11/5/2012
1:15 PM

**Case No.:** 3:11-CV-00176
**Plaintiff:** Securities and Exchange Commission
**Defendant:** AIC, Inc., et al.
**Serve To:** Wachovia Bank, National Association c/o Beverly L. Crump, Registered Agent
**Location:** Bank of America Center, 1111 East Main Street, 16th Floor, Richmond, Virginia 23219

| Item | Qty. | Unit | Total |
|---|---|---|---|
| Service of Process - RUSH (Additional Service at Same Address) | 1 | $95.00 | $95.00 |
| | | **Total Fees** | $95.00 |
| | | **Payment -** | |
| | | **Balance Due** | $95.00 |

**Thank You!**
Balance due upon receipt. Please provide the invoice number on your check.

**FEIN:** ███████731

GOTCHA ATTORNEY SERVICES, INC.
P.O. Box 1637
Smithtown, NY 11787
Phone: (631) 724-4925
Fax: (631) 724-4922
Tax Num: ████████96

## INVOICE

Invoice #GOT-2013000824
2/18/2013

SECURITIES AND EXCHANGE COMMISSION
701 Market Street
Suite 2000
Philadelphia, PA 19106

Your Contact: Nichelle Pridgen
*Case Number: SOUTHERN 3:11-CV-00176*

Plaintiff:
**SECURITIES AND EXCHANGE COMMISSION,**

*Defendant:*
**AIC, INC. ET AL.,**

Served: 2/15/2013 12:41 pm
To be served on: CHRISTOPHER POLLINA

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee | 1.00 | 60.00 | 60.00 |
| **TOTAL CHARGED:** | | | **$60.00** |
| **BALANCE DUE:** | | | **$60.00** |

*Approal
GJD
2/22/13*

Please make checks payable to Gotcha Attorney Services, Inc.
Write Invoice numbers on your check.

Thank You for Your Business!

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6 5h



# INVOICE

**Email:** info@frlps.com
**URL:** www.frlps.com



Philadelphia
United States Securities and Exchange Commission
Mellon Independence Center
701 Market Street, Suite 2000
Philadelphia, PA 19106

**Send Payments To:**
**Front Range Legal Process Service, Inc.**
**145 W. Swallow Road**
**Fort Collins, CO 80525**
**Phone: (888) 387-3783**
**Fax: (877) 772-7377**

Your Contact: Nichelle Pridgen
**Case Number: 3:11-CV-00176**

Plaintiff:.
**Securities and Exchange Commission**

Defendants:
**AIC, Inc.; et al**

Served: 3/16/2013 12:00 pm
To be served on: Pamela Lewis

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| 218 38th Ave, Greeley, CO 80634 | 1.00 | 65.00 | 65.00 |
| Priority Rush Fee | 1.00 | 0.00 | 0.00 |
| Excess Mileage | 1.00 | 0.00 | 0.00 |
| Witness Fee Check | 1.00 | 0.00 | 0.00 |
| Hourly Charge / Surveillance | 1.00 | 0.00 | 0.00 |
| FINANCE RATE OF 1.5% PER MONTH, 18% PER ANNUM | 1.00 | 0.00 | 0.00 |
| TOTAL CHARGED: | | | $65.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$65.00** |

THANK YOU FOR YOUR BUSINESS AND FOR LETTING US SERVE YOU, NATIONWIDE!

FORT COLLINS, CO (HQ) * DENVER, CO * TAMPA, FL * CHICAGO, IL * OMAHA, NE
LAS VEGAS, NV * RAPID CITY, SD * DALLAS, TX * SALT LAKE CITY, UT * CHEYENNE, WY

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

# Process of Pinellas

*1853 SOLON AVE*
DUNEDIN ,FLA 34698

|  |  |
|---|---|
| DATE: | April 3, 2013 |
| Invoice | |
| FOR: | *11-CV-00176* |

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
701 MARKET STREET
PHILADELPHIA,PENNSYLVANIA 19106-1532

| DESCRIPTION | AMOUNT |
|---|---|
| | 45.00 |
| RETURN OF SERVICE | |
| SERVED ON 04/03/2013 AT 9:44AM UPON FRANK WAINSCOTT | |
| AT ADDRESS PROVIDED 1201 S. HIGHLAND AVE SUITE 2 CLEARWATER,FL | |
| | |
| SUBPOENA TO TESTIFY AT DEPOSITION IN A CIVIL ACTION | |
| | |
| BAL DUE | 45.00 |
| | |
| | $45.00 |

**THANK YOU FOR YOUR BUSINESS!**