IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | :  No. 3:11-cv-00176 |
| AIC, INC. et al., | : |
| Defendants, | : |
| and | : |
| ALLIED BEACON PARTNERS, INC. (f/k/a Waterford Investor Services, Inc.) et al., | : |
| Relief Defendants. | : |

## STATEMENT OF MICHAEL J. RINALDI

Pursuant to Local Rule 54.1, I hereby state that costs claimed in the accompanying bill of costs were, to the best of my knowledge, information, or belief, actually and necessary incurred in connection with the above-captioned action.

Respectfully submitted,

Dated: August 29, 2014.

s/ Michael J. Rinaldi
G. Jeffrey Boujoukos
Michael J. Rinaldi
Scott A. Thompson
John V. Donnelly III

Attorneys for Plaintiff:

**SECURITIES AND EXCHANGE COMMISSION**
Philadelphia Regional Office
One Penn Center
1617 JFK Blvd., Ste. 520
Philadelphia, Pa. 19103
Telephone: (215) 597-3100
Facsimile: (215) 597-2740
RinaldiM@sec.gov