**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF TENNESSEE
OFFICE OF THE CLERK
800 Market Street, Suite 130
Knoxville, TN 37902
(865) 545-4228

September 2, 2014

Steven S Biss
300 West Main Street, Suite 102
Charlottesville, VA 22903

Re: Securities and Exchange Commission v. AIC, Inc., et al. (3:11-cv-176)

Dear Mr. Biss:

A bill of costs in the sum of $75,187.71 was filed on August 29, 2014, by counsel for Plaintiff. This amount will be taxed on October 2, 2014.

Please pay costs directly to Plaintiff's attorney.

Sincerely,
s/ B. Ramsey
Deputy Clerk


cc: G Jeffrey Boujoukos
John V Donnelly
Scott Alexander Thompson
Michael John Rinaldi
J William Coley
William D Dolan , III
Jeffrey J Scott